# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**FILED**
FEB - 6 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Frank Crowely Building
Plaintiff

v.

Romona y. Kennard
Defendant

Civil Action No. 3-24CV-327-B

## COMPLAINT

I was not aware of what happen when the arrest and hit by a nurse and sheriff in the neck for not taking my med, sheriff was not black sheriff I am not aware of them not have jailer uniform wearing on and the aid. people in the jail give me a cold and I am not aware of being ill and do to the spainsh Signing my release but back in jail

* Attach additional pages as needed.

Date: Dec 28, 2024
Signature: Romona Kennard
Print Name: Romona Kennard
Address: unknown Homeless because of Arrest by trans
City, State, Zip: Dallas Texas
Telephone: message Aunt 817 531-8317  Aunt 214 331-1014

Romona Kennard
2209 Inca
Dallas Texas

RECEIVED
FEB - 6 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States
Federal Building
1100 Commerce
Dallas Texas



US POSTAGE
ZIP 76384
02 4W
0000389480 FEB 02 2024
$000.88